IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIANNE T. O'DONNELL,** : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| vs. : | NO.   20-cv-3841 |
| : | |
| **MARTIN O' MALLEY,** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

**ORDER**

AND NOW, this __1st__ day of April 2024, upon consideration of Plaintiff's Request for Review (ECF No. 36), Defendant's response thereto (ECF No. 41), and Plaintiff's reply brief (ECF No. 42), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **DENIED**;

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

_____/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge